IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DANTANETTE CHATMAN and
DANETTE BURNETT                                                          PLAINTIFFS

v.                        No. 4:23-cv-631-DPM

LA GUIRA TRANSPORT
CORPORATION and LUIS
SALGADO                                                                  DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 15 November 2024 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

12 September 2024